UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    00CV2115SETCH

* Amended (from 11/6/03) Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

December 2, 2003

2:00 p.m.

Held
3 hours

3-00-cv-2115   (CFD) Guiliano v National Recovery
---------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Eric T. Dean Jr. | The Marcus Law Firm, 111 Whitney Ave., New Haven, CT 787-5885 |
| Joanne S. Faulkner | Law Offices of Joanne Faulkner, 123 Avon St., New Haven, CT 203-772-0395 |

* JUDGE GARFINKEL'S SETTLEMENT ORDER REMAINS IN EFFECT.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK