UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status of Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 8, 2004           Held

10:00 a.m.                30 mins


CASE NO. **3:00cv2115 (CFD)**    **Guiliano vs. National Recovery Agency**


Eric T. Dean Jr.
The Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510


Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422

\* ATTORNEYS ARE TO CALL JUDGE GARFINKEL @ 203-579-5593.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK