UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| | : |
| v. | : |
| | : |
| NATIONAL RECOVERY AGENCY, INC. | : |
| ARTHUR A. KUSIC | : |

## LOCAL RULE 37 AFFIDAVIT

The undersigned certifies, pursuant to 28 U.S.C. §1746, that prior to filing this Motion for Rule 37 Orders, she repeatedly requested defendants to provide the outstanding information as to their relationship with SNET. Defendants repeatedly refused.

The defendants have failed to comply with the Court's Order and with their own December 2001 representation that they would provide the controlling contract. The defendants claim that they need not produce the contract even though they rely on it in their pleadings.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2004

                                     __/s/ Joanne S. Faulkner__
                                        JOANNE S. FAULKNER

This is to certify that the foregoing was mailed on January 19, 2004, postage prepaid, to:

Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

                                     __/s/ Joanne S. Faulkner
                                     Joanne S. Faulkner