FILED

2004 JAN 20 P 1:32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| v. | : |
| NATIONAL RECOVERY AGENCY, INC. ARTHUR A. KUSIC | : |
| | : JANUARY 19, 2004 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as co-counsel (in addition to the existing appearance of Eric T. Dean, Jr.) in this proceeding for Defendants NATIONAL RECOVERY AGENCY, INC. and ARTHUR A. KUSIC.

David S. Doyle
Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510
Federal Bar # CT-02987
ATTORNEY FOR DEFENDANTS

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| v. | : |
| NATIONAL RECOVERY AGENCY, INC. ARTHUR A. KUSIC | : |
| | : JANUARY 19, 2004 |

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing APPEARANCE was mailed, postage prepaid on the 19th day of January, 2004, to the following:

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT 06511-2422

Eric T. Dean, Jr.
Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510

_____
David S. Doyle