UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 20 P 1: 32

MICHAEL GUILIANO

v.   CASE NO. 3:00CV2115 CFD

NATIONAL RECOVERY AGENCY, INC.   January 16, 2004
ARTHUR A. KUSIC

## PLAINTIFF'S ANSWER TO COUNTERCLAIM

Plaintiff answers Defendants' Counterclaim, which does not comply with Fed. R. Civ. P. 8(e), as follows:

41. Plaintiff denies the allegations of defendants' restated paragraphs 1 though 40 except as to any allegations of the Second Amended Complaint which were admitted therein.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Plaintiff admits that the defendants invoke jurisdiction under 15 U.S.C. § 1692k(a)(3); deny that their counterclaim is compulsory or substantively or procedurally proper; deny that any relief should be granted.

Plaintiff also denies that the requested relief is available.