UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| v. | : |
| NATIONAL RECOVERY AGENCY, INC. ARTHUR A. KUSIC | : |
| | : FEBRUARY 4, 2004 |

## JOINT MOTION TO EXTEND TIME
## FOR FILING OF JOINT TRIAL MEMORANDUM

Defendants, by counsel, and with the consent of opposing counsel, ask the Court to grant a 5 day extension, to and including Tuesday, February 10, 2004, for the parties to file the Joint Trial Memorandum in this case.

In support of this motion, Defendants show the Court:

1. The Honorable Christopher F. Droney, in a Trial Memorandum Order, filed on January 12, 2004, ordered the parties to file a Joint Trial Memorandum by Thursday, February, 5, 2004.

2. The parties have been working on this Joint Trial Memorandum for the past three weeks, and have completed almost all of the required work.

3. However, there remain miscellaneous issues of editing and review, required of both

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

1

parties, before the final Joint Trial Memorandum can be filed with the Clerk in this case.

4. Hence, the parties jointly move the Court for a 5-day extension of time, to and including Tuesday, February 10, 2004, to file the Joint Trial Memorandum.

5. The parties fully believe that this extension will allow them adequate time to finalize the Joint Trial Memorandum.

WHEREFORE, Defendants, by counsel, with the consent of Plaintiff's counsel, move the Clerk to grant a 5-day extension for the parties to file the Joint Trial Memorandum in this case, to and including Tuesday, February 10, 2004.

_____
Eric T. Dean, Jr.
Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510
Federal Bar # ct-20622
ATTORNEY FOR DEFENDANTS

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| v. | : |
| NATIONAL RECOVERY AGENCY, INC.<br>ARTHUR A. KUSIC | : |
| | : FEBRUARY 4, 2004 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing JOINT MOTION TO EXTEND TIME FOR FILING OF JOINT TRIAL MEMORANDUM was mailed, postage prepaid on February 4, 2004, to the following:

Joanne S. Faulkner
123 Avon St.
New Haven, CT 06511-2422

_____
Eric T. Dean, Jr.