UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO            :    CASE NO.: 300CV02115CFD
                            :
v.                          :
                            :
NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC             :
                            :    FEBRUARY 4, 2004

JOINT MOTION TO EXTEND TIME
FOR FILING OF JOINT TRIAL MEMORANDUM

Defendants, by counsel, and with the consent of opposing counsel, ask the Court to grant a 5-day extension, to and including Tuesday, February 10, 2004, for the parties to file the Joint Trial Memorandum in this case.

In support of this motion, Defendants show the Court:

1. The Honorable Christopher F. Droney, in a Trial Memorandum Order, filed on January 12, 2004, ordered the parties to file a Joint Trial Memorandum by Thursday, February, 5, 2004.

2. The parties have been working on this Joint Trial Memorandum for the past three weeks, and have completed almost all of the required work.

3. However, there remain miscellaneous issues of editing and review, required of both

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

1