UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| | : |
| v. | : |
| | : |
| NATIONAL RECOVERY AGENCY, INC. | : |
| ARTHUR A. KUSIC | : |
| | : FEBRUARY 10, 2004 |

DEFENDANTS' MOTION IN LIMINE #4
[ARGUMENT OR EVIDENCE CONCERNING ALLEGED SEIZURE OF
SOCIAL SECURITY FUNDS FROM PLAINTIFF'S BANK ACCOUNT]

Defendants, by counsel Eric T. Dean, Jr., move in limine, on the basis of 42 USC Section 407, and the authority cited in the accompanying memorandum of law, to exclude from evidence or argument any argument, evidence, or allegation which Plaintiff might attempt to introduce at trial, claiming that the Defendants violated 42 USC Section 407, regarding unlawful assignment or seizure by legal process of Social Security funds, or that Defendant seized funds from Plaintiff's bank account.

Eric T. Dean, Jr.
Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510
Federal Bar # ct-20622
ATTORNEY FOR DEFENDANTS

**ORAL ARGUMENT REQUESTED**
**NO EVIDENCE REQUIRED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO :  CASE NO.: 300CV02115CFD
  :
v. :
  :
NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC :
  :  FEBRUARY 10, 2004

### ORDER

It having been determined by the Court that Defendants' DEFENDANTS' MOTION IN LIMINE #5 [ARGUMENT THAT NRA's PHONE CALL OF JUNE 23, 2000, CONSTITUTED AN INITIAL CONTACT AND VIOLATED 15 USC SECTION 1692g. VALIDATION OF DEBTS] should be granted, it is hereby GRANTED.

Dated: _____, 2004        BY THE COURT

                                           _____
                                           District Court Judge

                                           Eric T. Dean, Jr.
                                           Federal Bar # ct-20622

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO  :  CASE NO.: 300CV02115CFD
:
v.  :
:
NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC  :
:  FEBRUARY 10, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANTS' MOTION IN LIMINE #4 [ARGUMENT OR EVIDENCE CONCERNING ALLEGED SEIZURE OF SOCIAL SECURITY FUNDS FROM PLAINTIFF'S BANK ACCOUNT], was mailed, first-class U.S. mail, on February 10, 2004, to:

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT 06511-2422


_____
Eric T. Dean, Jr.
Federal Bar # CT-20622

148