UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| v. | : |
| NATIONAL RECOVERY AGENCY, INC. | : |
| ARTHUR A. KUSIC | : |
| | : FEBRUARY 10, 2004 |

## DEFENDANTS' MOTION IN LIMINE #3
## [MATTERS NEVER PLEADED IN THIS CASE]

Defendants, by counsel Eric T. Dean, Jr., move in limine, on the basis of 15 USC Section 1692k(d), and the case law cited in accompanying memorandum of law, to exclude from evidence or argument any argument, evidence, or allegation which Plaintiff might attempt to introduce at trial, claiming that:

(1) any claim that the Defendants violated the Electronic Funds Transfer Act (EFTA), 15 USC Section 1693.

(2) the Defendants violated 15 USC Section 1692c(b), through unauthorized contact between Defendant NRA and Plaintiff's friend, Hazel Patterson;

(3) any claim that Defendants have admitted such unauthorized contact;

(4) that Defendant NRA lacked authority to collect Plaintiff's SNET debt.

**ORAL ARGUMENT REQUESTED**
**NO EVIDENCE REQUIRED**

(5) that Defendants "seized" Plaintiff's bank account through theft or conversion;

(6) that the scheduled electronic withdrawal of September, 2000, constituted a violation of any federal or state statute, in that the request for withdrawal was returned "NSF";

(7) any other matter not pleaded by Plaintiff in any of his three complaints in this case.

```
                                        _____
                                        Eric T. Dean, Jr.
                                        Marcus Law Firm
                                        111 Whitney Ave.
                                        New Haven, CT 06510
                                        Federal Bar # ct-20622
                                        ATTORNEY FOR DEFENDANTS
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | | |
|---|---|---|
| MICHAEL GUILIANO | : | CASE NO.: 300CV02115CFD |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RECOVERY AGENCY, INC. | : | |
| ARTHUR A. KUSIC | : | |
| | : | FEBRUARY 10, 2004 |

## ORDER

It having been determined by the Court that Defendants' <u>DEFENDANTS' MOTION IN LIMINE #3 [MATTERS NEVER PLEADED IN THIS CASE]</u> should be granted, it is hereby
    GRANTED.


Dated: _____, 2004      BY THE COURT


                                                  _____

                                                  District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| | : |
| v. | : |
| | : |
| NATIONAL RECOVERY AGENCY, INC. | : |
| ARTHUR A. KUSIC | : |
| | : FEBRUARY 10, 2004 |

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing DEFENDANTS' MOTION IN LIMINE #3 [MATTERS NEVER PLEADED IN THIS CASE] was mailed, first-class U.S. mail, on February 10, 2004, to:

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT 06511-2422

_____
Eric T. Dean, Jr.
Federal Bar # CT-20622