UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO : CASE NO.: 300CV02115CFD
:
v. :
:
NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC :
: FEBRUARY 10, 2004

DEFENDANTS' MOTION IN LIMINE #2
[ARGUMENT THAT NRA's PHONE CALL OF JUNE 23, 2000,
CONSTITUTED AN INITIAL CONTACT AND VIOLATED
15 USC SECTION 1692g, VALIDATION OF DEBTS]

Defendants, by counsel Eric T. Dean, Jr., move in limine, on the basis of the case law cited in the accompanying memorandum of law, to exclude from evidence or argument any argument, evidence, or allegation which Plaintiff might attempt to introduce at trial, claiming that NRA's phone calls to Plaintiff on June 23, 2000, constituted an initial contact, and that this contact violated 15 USC Section 1692g. Validation of Debts.

                                                            Eric T. Dean, Jr.
                                                            Marcus Law Firm
                                                            111 Whitney Ave.
                                                            New Haven, CT 06510
                                                            Federal Bar # ct-20622
                                                            ATTORNEY FOR DEFENDANTS

**ORAL ARGUMENT REQUESTED**
**NO EVIDENCE REQUIRED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO           :  CASE NO.: 300CV02115CFD
                           :
v.                         :
                           :
NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC            :
                           :  FEBRUARY 10, 2004

### ORDER

It having been determined by the Court that Defendants' **DEFENDANTS' MOTION IN LIMINE #6 [ARGUMENT OR EVIDENCE CONCERNING ALLEGED SEIZURE OF SOCIAL SECURITY FUNDS FROM PLAINTIFF'S BANK ACCOUNT]** should be granted, it is hereby
    GRANTED.


Dated: _____, 2004          BY THE COURT


                                             _____
                                             District Court Judge


                                             Eric T. Dean, Jr.
                                             Federal Bar # ct-20622

Case 3:00-cv-02115-CFD   Document 133   Filed 02/10/2004   Page 3 of 3

UNITED STATES DISTRICT COURT  
DISTRICT OF CONNECTICUT  
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| | : |
| v. | : |
| | : |
| NATIONAL RECOVERY AGENCY, INC. | : |
| ARTHUR A. KUSIC | : |
| | : FEBRUARY 10, 2004 |

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing <u>DEFENDANTS' MOTION IN LIMINE #5 [ARGUMENT THAT NRA's PHONE CALL OF JUNE 23, 2000, CONSTITUTED AN INITIAL CONTACT AND VIOLATED 15 USC SECTION 1692g. VALIDATION OF DEBTS]</u>, was mailed, first-class U.S. mail, on February 10, 2004, to:

Joanne S. Faulkner, Esq.  
123 Avon St.  
New Haven, CT 06511-2422

_____  
Eric T. Dean, Jr.  
Federal Bar # CT-20622