UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| v. | : |
| NATIONAL RECOVERY AGENCY, INC. ARTHUR A. KUSIC | : |
| | : FEBRUARY 10, 2004 |

**DEFENDANTS' MOTION IN LIMINE #1
[MATTERS ALREADY DISPOSED OF ON
DENIAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT]**

Defendants, by counsel Eric T. Dean, Jr., move in limine, on the basis of Federal Rule of Evidence 201, and principles of the law of the case and collateral estoppel, as set forth in more detail in the accompanying memorandum of law, to exclude from evidence or argument any allegation, evidence, or argument which Plaintiff might attempt to introduce at trial, concerning matters which the Court already decided against Plaintiff in the denial of Plaintiff's Motion for Summary Judgment in this case.

These matters which should be excluded from evidence and argument, by reason of the Court's prior adjudication on Summary Judgment, include the following:

(1) any claim that the Defendants violated the Electronic Funds Transfer Act (EFTA), 15 USC Section 1693.

**ORAL ARGUMENT REQUESTED
NO EVIDENCE REQUIRED**

117

(2) any claim that the failure of Defendants to send reminder notices to Plaintiff before requesting withdrawal of funds from Plaintiff's bank account violated 15 USC Section 1692(f)(2), or any other section of 15 USC 1692f;

(3) any claim that the initial letter from Defendants to Plaintiff of May 31, 2000, violated 15 USC Section 1692g. Validation of Debts;

(4) any claim that the alleged failure to secure written authorization from Plaintiff for withdrawals from his bank account to pay the SNET debt violated the FDCPA, specifically 15 USCS Sections 1692f(1), 15 USCS Section 1692f(6), and 15 USCS Section 1692e(5), or any other section of 15 USC Sections -e or --f.

(5) any other matter already decided and adjudicated by the Court on its denial of Plaintiff's Motion for Summary Judgment.

These matters have already been adjudicated by the Court.

Eric T. Dean, Jr.
Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510
Federal Bar # ct-20622
ATTORNEY FOR DEFENDANTS

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO            :   CASE NO.: 300CV02115CFD

v.

NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC

                                      :   FEBRUARY 10, 2004

## ORDER

It having been determined by the Court that Defendants' <u>DEFENDANTS' MOTION IN LIMINE #1 [MATTERS ALREADY DISPOSED OF ON DENIAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT]</u> should be granted, it is hereby
    GRANTED.


Dated: _____, 2004        BY THE COURT



                                                              _____
                                                              District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| | : |
| v. | : |
| | : |
| NATIONAL RECOVERY AGENCY, INC. | : |
| ARTHUR A. KUSIC | : |
| | : FEBRUARY 10, 2004 |

## CERTIFICATE OF SERVICE

   This is to certify that a copy of the foregoing DEFENDANTS' MOTION IN LIMINE #1 [MATTERS ALREADY DISPOSED OF ON DENIAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT] was mailed, first-class U.S. mail, on February 10, 2004, to:

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT 06511-2422

                                                 _____
                                                 Eric T. Dean, Jr.
                                                 Federal Bar # CT-20622