UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GUILIANO : | CASE NO.: 300CV02115CFD |
| : | |
| v. : | |
| : | |
| NATIONAL RECOVERY AGENCY, INC. : | February 17, 2004 |
| ARTHUR A. KUSIC : | |

PLAINTIFF'S OPPOSITION TO DEFENDANTS'
FIFTH MOTION FOR SANCTIONS

Plaintiff opposes defendants' Motion for Sanctions (Doc. No. 123) which represents their fifth formal sanctions motion (see Doc. Nos. 44, 61, 69, 72) so as to avoid addressing the substantive merits of Plaintiff's claims. Defendants cite no applicable rule or case law in support of their position. Defendants are merely objecting to plaintiff's in limine Motion for Rule 37 Orders, which is proper pursuant to Rule 37 itself, and pursuant to this Court's Joint Trial Memorandum Order. Plaintiff's Motion asks that defendants be precluded from introducing into evidence documents which they have refused to produce, and for a default against one defendant.

Defendants do not explain why sanctions are in order. Plaintiff's Motion for Rule 37 Orders complies with Magistrate Judge Garfinkel's Order denying Doc. No. 56 in which plaintiff sought relief for failure of defendants to comply with an Order compelling discovery. Judge Garfinkel's Endorsement Order of April 2002 says "Denied w/o prejudice. If plaintiff believes defendants' March 2001 compliance is deficient in any way, counsel are to confer to see if differences can be resolved without court intervention." The differences have not been resolved despite plaintiff's persistent efforts.

Defendants did not respond to plaintiff's detailed specification of the several discovery requests supporting his motion, with which they were ordered to comply. Defendants simply maintain their adamant refusal to produce documents which plaintiff requested in discovery, which defendants were ordered to provide, which defendants represented they would provide, which they intend to submit into evidence at trial, and which are central to their defense.

## CONCLUSION

Defendants' unsubstantiated motion for sanctions should be denied. Plaintiff's Motion for Rule 37 Orders (Doc. No. 118) should be granted.
.

        THE PLAINTIFF


        BY__/s/ Joanne S. Faulkner_
        JOANNE S. FAULKNER ct04137
          123 Avon Street
          New Haven, CT 06511-2422
          (203) 772-0395
          j.faulkner@snet.net


    This is to certify that the foregoing was mailed on February 17, 2004, postage prepaid, to:

Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

        ___/s/ Joanne S. Faulkner_____
        Joanne S. Faulkner