UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GUILIANO : | CASE NO.: 300CV02115CFD |
| : | |
| v. : | |
| : | |
| NATIONAL RECOVERY AGENCY, INC. : | February 17, 2004 |
| ARTHUR A. KUSIC : | |

PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION IN LIMINE No. 2

Plaintiff opposes defendants' Motion in Limine No. 2 (Doc. No. 133), which seeks to exclude from evidence plaintiff's claim that the first time he heard from defendants was when they called him on June 23, 2000 on the basis that plaintiff has already admitted that he received a letter of May 31, 2000. Plaintiff's summary judgment Statement of Facts admits no such thing. Plaintiff's Statement alleged only that defendants sent either one of the two letters they alternatively claimed might have been sent. "9. On or about May 31, 2000, NRA sent a computer generated letter in the form of Deposition Ex. 1 **or** 7 to plaintiff. (Def. Collection Records, Exs. 4, 5 to 12/20/01 Deposition; S. Kusic Deposition at 69, 30-31, 48-50)." (Emphasis added). Defendants denied the allegation and claimed that there were material issues of fact. Doc. Nos. 75, 76. "Defendants have stated this claim is not in the pleadings, Plaintiff has never presented a copy of the letter in issue, and, moreover, that Defendants' FDCPA letters do not limit disputes as to whether payment has already been made." Def. Mem. at 5 (emphasis added).

Plaintiff did not receive an initial letter which is why he never produced it. Which letter, if any, defendants might have sent is still an issue for trial.

CONCLUSION

Since defendants' Motion in Limine #2 contradicts their explicit denial of plaintiff's "admission," as well as their own assertion that a genuine issue for trial exists as to any letter which might have been sent, it should be denied.

THE PLAINTIFF


BY___/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net


This is to certify that the foregoing was mailed on February 17, 2004, postage prepaid, to:

Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

___/s/ Joanne S. Faulkner___
Joanne S. Faulkner