UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GUILIANO : | CASE NO.: 300CV02115CFD |
| : | |
| v. : | |
| : | |
| NATIONAL RECOVERY AGENCY, INC. : | February 17, 2004 |
| ARTHUR A. KUSIC : | |

PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION IN LIMINE No. 4

Plaintiff opposes defendants' Motion in Limine No. 4 (Doc. No. 129), which asks the Court to preclude any evidence that defendants violated 42 U.S.C. § 407 by seizure of exempt social security funds. Plaintiff did not allege or rely on the "seizure" aspect of §407, but on its provision that "The right of any person to any future payment under this subchapter shall not be transferable or assignable, at law or in equity." As the Ruling on Summary Judgment found, as a matter of law and fact, plaintiff did not assign or transfer his funds because he did not sign the written authorization mandated by the EFTA.

Moreover the attempt to illegally take his social security funds is an unlawful threat within the FDCPA. Albright v. Allied International Credit Corp., 2003 WL 22350928 (D.C.Cal. Aug. 25, 2003).

CONCLUSION

Defendants' Motion in Limine # 4 is based on the untenable position that plaintiff must plead every fact and every statute on which he relies. It is based on an allegation of "seizure" not even made in this action. Their motion should be denied.

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

      This is to certify that the foregoing was mailed on February 17, 2004, postage prepaid, to:

Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

____/s/ Joanne S. Faulkner__
Joanne S. Faulkner