UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GUILIANO

v.                                              CASE NO. 3:00CV2115 CFD

NATIONAL RECOVERY AGENCY, INC.
ARTHUR A. KUSIC                                 March 2, 2004

PLAINTIFF'S MOTION TO TRANSFER TRIAL

Plaintiff moves, pursuant to 28 U.S.C. § 1404(c), that the trial of this case be transferred to the New Haven courthouse, for the convenience of parties and witnesses and in the interest of justice. For cause, plaintiff and his witness both reside in West Haven; counsel for plaintiff and the defendants are located in New Haven; and the case was filed in New Haven. Defendant's witnesses, other than those from Pennsylvania, are local to New Haven. Plaintiff and his witness do not have ready means of transportation to Hartford. An affidavit is submitted herewith.

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
  123 Avon Street
  New Haven, CT 06511-2422
  (203) 772-0395
  j.faulkner@snet.net

This is to certify that the foregoing was mailed on March 1, 2004, postage prepaid, to:

Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

_/s/ Joanne S. Faulkner__
Joanne S. Faulkner