UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GUILIANO

v.  CASE NO. 3:00CV2115 CFD

NATIONAL RECOVERY AGENCY, INC.
ARTHUR A. KUSIC   March 2, 2004

MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER

Pursuant to 28 U.S.C. § 1404(c), this Court has judicial discretion to order that the trial herein be held in the New Haven Courthouse. Subsection (c) does not enumerate any factors to be considered in such an intra-district transfer, unlike subsection (a) concerning out of district transfers. Plaintiff, however, believes he satisfies the factors set forth in subsection (a). Based on the Affidavit submitted herewith, it would be an obvious inconvenience and undue expense for plaintiff and his witness to travel to Hartford for trial. Moreover, all parties' counsel are in New Haven; in a fee shifting case such as this, the parties benefit by reducing travel time to and from Hartford for their attorneys. Defendants, from Pennsylvania, can better prepare for trial and consult with their counsel during before- or after-trial hours from a New Haven location. To the extent defendant has named Connecticut witnesses in the Joint Trial Memorandum, they appear to be local to New Haven.

Plaintiff respectfully submits that considerations of the speedy and inexpensive administration of justice warrant the exercise of discretion in plaintiff's favor in this unusual situation. United States v. Rybachek, 643 F. Sup. 1086, 1087 (D. Alaska 1986); Hancock v. Delat Air Lines, Inc., 793 F. Supp. 366, 368 (D. Me. 1992); Aramburu v. Boeing Co., 896 F. Supp. 1063, 1064 (D. Kan. 1995); Zhu v. Countrywide Realty Co., 160 F. Supp. 2d 1210,

1228 (D. Kan. 2001). Accordingly, he requests that the trial herein be held in the New Haven courthouse.

                              THE PLAINTIFF

                              BY___/s/ Joanne S. Faulkner _
                              JOANNE S. FAULKNER ct04137
                                 123 Avon Street
                                 New Haven, CT 06511-2422
                                 (203) 772 0395
                                 j.faulkner@snet.net

This is to certify that the foregoing was mailed on March 1, 2004, postage prepaid, to:

Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

                              ____/s/ Joanne S. Faulkner___
                              Joanne S. Faulkner