UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO                           :    CASE NO.: 300CV02115CFD
                                           :
v.                                         :
                                           :
NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC                            :
                                           :    MARCH 8, 2004

DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO TRANSFER TRIAL

Defendants, by counsel Eric T. Dean, Jr., object, on the basis of 28 USC Section

1404, to Plaintiff's Motion to Transfer Trial, on the following grounds:

(1) Plaintiff has not carried his heavy burden of proof, to demonstrate to the

court that his request to transfer the case is supported by a demonstration of hardship,

rather than a showing of mere inconvenience [Plaintiff files his motion under the

authority of 28 USC Section 1404(c), but such motions are reviewed by the Court

utilizing the criteria set for by 28 USC Section 1404(a)], and that it should be granted;

(2) This case has been pending for over three (3) years before The Honorable

Christopher F. Droney, and Defendants strenuously object to any transfer, which would

inevitably cause administrative confusion and delay in the resolution of this case;

(3) Defendants want this case tried before The Honorable Christopher F.

Droney, who has been the sitting judge on this case for the past three years. Judge

Droney has made critical rulings and is familiar with this case; the parties have already submitted a Joint Trial Memorandum pursuant to Judge Droney's Order, and Defendants have filed a number of Motions in Limine, which are currently pending before Judge Droney. Judicial economy, fairness, and the interests of justice all require that this case remain with Judge Droney, and not be transferred to another location or another judge at this late date.

(4) Plaintiff presents his Motion to Transfer to the court over three (3) years after this case was first filed; however, Plaintiff has not alleged any new circumstances which did not exist three years ago, and his motion to transfer should be barred by laches at this time;

(5) Plaintiff's Motion is not supported by any affidavit from Plaintiff himself;

(6) The only affidavit presented in support of Plaintiff's Motion to Transfer is from a Hazel Patterson, but this affidavit is insufficient in the following respects:

(a) the affidavit identifies Hazel Patterson as a "material witness", but does not explicitly state the nature and content of her testimony, or why she should be regarded as a "material witness", as required by 28 USC Section 1404 (see accompanying memorandum of law);

(b) the affidavit alleges difficulty in traveling to Hartford, but does not delineate what measures she (or the Plaintiff) has taken to attempt to secure transportation to

Hartford—such as seeing whether they can ride with their attorney, who will herself be traveling from New Haven to Hartford for the trial;

(7) Plaintiff claims that transfer of the case to New Haven would also be in the interests of Defendants, but Plaintiff cannot speak for Defendants in this matter. Defendants strenuously oppose any transfer of the case, and for the reasons set forth above, state that transfer is not in their best interests.

(8) If Plaintiff and Hazel Patterson cannot find alternate means of transportation to Hartford for trial in this case, Defendants' attorney, Eric Dean, can provide such transportation. Attorney Dean resides in Hamden, Connecticut, and can easily pick up Plaintiff and Ms. Patterson in West Haven before traveling to Hartford for trial in this case.

For all of the reasons outlined above, Defendants oppose Plaintiff's Request to Transfer Trial, and ask the Court to deny that Motion.

Eric T. Dean, Jr.
Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510
Federal Bar # ct-20622
ATTORNEY FOR DEFENDANTS

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| | : |
| v. | : |
| | : |
| NATIONAL RECOVERY AGENCY, INC. | : |
| ARTHUR A. KUSIC | : |
| | : MARCH 8, 2004 |

AFFIDAVIT OF ERIC T. DEAN, JR. IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO TRANSFER TRIAL

Eric T. Dean, Jr., being duly sworn upon his oath, does state:

1. I am over the age of 18, and believe in the obligations of an oath;

2. I am Defendants' attorney in the above-listed case, and have personal knowledge regarding this case.

3. I live in Hamden, CT, and own a 2002 Ford Focus wagon;

4. On the days of trial in this case, I am willing to pick up Plaintiff and Hazel Patterson in West Haven, CT, or at a prearranged place in New Haven, CT, in order to transport them to Hartford, for the trial of this case.

5. My car has adequate space for Plaintiff and Hazel Patterson to sit in the back, so that they could chat with each other, but not talk with or to me.

1

Eric T. Dean, Jr.

Subscribed and sworn to before me this ___8th___ day of ___MARCH___, 2004.

Commissioner of the Superior Court

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO                        :    CASE NO.: 300CV02115CFD
                                        :
v.                                      :
                                        :
NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC                         :
                                        :    MARCH 8, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing <u>DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO TRANSFER TRIAL</u> was mailed, first-class U.S. mail, on
March 8, 2004, to:


Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT 06511-2422




_____
Eric T. Dean, Jr.
Federal Bar # CT-20622

4