HONORABLE _Droney_ CT evjysel (12-1-98)
DEPUTY CLERK _Deno_    RPTR/ERO/TAPE _Marshall_

TOTAL TIME: ___ hours ___ minutes

DATE _4-8-04_    START TIME _10:05_   END TIME _10:10_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Giuliano_            CIVIL NO. _00CV2115_            _Faulkner_
                           §                                Plaintiffs Counsel
                           §
    vs.                    §   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                           §           _Doyle_
_National Recovery_        §           Defendants Counsel

### CIVIL/JURY SELECTION/CALENDAR CALL

☒ ........  ☒ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☐ ........  ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ..#..   Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..#..   Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..#..   Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..#..   Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____ jurors present to roll call (See attached)
☐ ........  _____ jurors absent
☐ ........  Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ........  Voir Dire by Court
☐ ........  _____ jurors excused (See attached)
☐ ........  Panel of _____ drawn (See attached)
☐ ........  Peremptory challenges exercised (See attached)
☐ ........  Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ........  Remaining jurors excused
☐ ........  Discovery deadline set for _____
☐ ........  Disposition Motions due _____
☐ ........  Joint trial memorandum due _____
☐ ........  Trial continued until _____ at _____

☐ COPY TO: JURY CLERK