UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GUILIANO : | CASE NO.: 300CV02115CFD |
| : | |
| v. : | |
| : | |
| NATIONAL RECOVERY AGENCY, INC. : | July 8, 2004 |
| ARTHUR A. KUSIC : | |

PLAINTIFF'S MOTION IN LIMINE
RE EVIDENTIARY ISSUES AND DOCUMENTS

Pursuant to the Trial Memorandum Order paragraph 2(c), plaintiff objects to the following exhibits and testimony (his objections also appear in the Joint Trial Memorandum). He also presents evidentiary problems raised by the Joint Trial Memorandum and expected to be discussed at the Pretrial Conference.

(1) Character of plaintiff. Defendants' witnesses 10-12.

(2) Steps taken in investigation by Arthur Kusic.

(3) Documents and testimony re SNET and Forward Thinking. Def. 3, 5, 6.

(4) Letters purportedly sent to plaintiff. Def. 1, 2, 7, 13, 14.

(5) Letter of 9-8-2000. Def. 12

(6) Payments to SNET. (no documents identified, no witness with personal knowledge)

(7) Proposed testimony not based on personal knowledge.

(8) Proposed testimony as to ultimate issue.

(9) Defendants have not yet identified other documents, Def. 15, 16.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 8, 2004, postage prepaid, to:

Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

____/s/ Joanne S. Faulkner__
Joanne S. Faulkner