UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| v. | : |
| NATIONAL RECOVERY AGENCY, INC. | : January 20, 2004 |
| ARTHUR A. KUSIC | : |

### PLAINTIFF'S MOTION FOR RULE 37 ORDERS

On October 16, 2001, this Court ordered defendants to comply with certain discovery requests by October 31, 2001, subject to entry of a confidentiality order. Doc. No. 25. The Confidentiality Order entered Nov. 7, 2001. To date, defendants have repeatedly refused to provide any information related to their authorization to collect for the creditor (SNET).

Defendants identified as fact issues for trial: "13. Whether SNET <u>withdrew from collection</u> the account to collect Plaintiff's overdue telephone bill from Defendant NRA, and, if so, on what date such withdrawal became effective; 14 Whether SNET <u>had the authority under controlling contracts to withdraw from collection</u> the account to collect Plaintiff's overdue telephone bill from Defendant NRA, and, if so, on what date such withdrawal became effective." Def. Local Rule 9(c)2 Statement at 11, appended to Doc. No. 75. Even though defendants represented, in December 2001, that they would produce the controlling contract; even though they had been ordered to produce it; even though the Magistrate Judge found the terms of the contract significant (Recommended Ruling, Doc. No. 107 at 2, 5); even though defendants have asserted as factual matter to support their each of their Affirmative Defenses and Counterclaim that "This SNET account was subsequently referred to to Defendant NRA on May 23, 2000, for collection" Doc. No. 101 at ¶ 18, restated in ¶¶24, 31, 34, 41; see also ¶

DENIED. So ordered.
Christopher F. Droney
United States District Judge
7/20/04