FILED

2004 FEB -2 P 2: 59

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO : CASE NO.: 300CV02115CFD
:
v. :
:
NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC :
: JANUARY 30, 2004

### DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RULE 37 ORDERS AND REQUEST FOR SANCTIONS AGAINST PLAINTIFF AND PLAINTIFF'S COUNSEL

Pursuant to Federal Rules of Civil Procedure 37, 33, 34, and 26(b), Defendants object to Plaintiff's Motion for Rule 37 Orders, filed on or about January 20, 2004, on the following grounds:

**A. THE ITEM REQUESTED BY PLAINTIFF WAS NEVER REQUESTED IN DISCOVERY; HENCE, PLAINTIFF CANNOT FILE A MOTION FOR RULE 37 SANCTIONS BASED ON SUPPOSED NONCOMPLIANCE.**

1. <u>Plaintiff never requested the Forward Thinking Agreement in his discovery</u>. The item of potential evidence in which Plaintiff now expresses interest is the "Forward Thinking Agreement," an agreement between Defendant NRA and a third-

**NO ORAL ARGUMENT REQUESTED
NO EVIDENCE REQUIRED**

1

The defendants' request for sanctions is DENIED. So ordered.

Christopher F. Droney
United States District Judge
7/20/04