

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | CASE NO.: 300CV02115CFD |
| v. | |
| NATIONAL RECOVERY AGENCY, INC. ARTHUR A. KUSIC | FEBRUARY 10, 2004 |

### DEFENDANTS' MOTION IN LIMINE #4
### [ARGUMENT OR EVIDENCE CONCERNING ALLEGED SEIZURE OF SOCIAL SECURITY FUNDS FROM PLAINTIFF'S BANK ACCOUNT]

Defendants, by counsel Eric T. Dean, Jr., move in limine, on the basis of 42 USC Section 407, and the authority cited in the accompanying memorandum of law, to exclude from evidence or argument any argument, evidence, or allegation which Plaintiff might attempt to introduce at trial, claiming that the Defendants violated 42 USC Section 407, regarding unlawful assignment or seizure by legal process of Social Security funds, or that Defendant seized funds from Plaintiff's bank account.

Eric T. Dean, Jr.
Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510
Federal Bar # ct-20622
ATTORNEY FOR DEFENDANTS

ORAL ARGUMENT REQUESTED
NO EVIDENCE REQUIRED

DENIED without prejudice to raising objections at trial. So ordered.
Christopher F. Droney
United States District Judge
7/20/04