

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | | |
|---|---|---|
| MICHAEL GUILIANO | : | CASE NO.: 300CV02115CFD |
| v. | : | |
| NATIONAL RECOVERY AGENCY, INC. ARTHUR A. KUSIC | : | FEBRUARY 10, 2004 |

### DEFENDANTS' MOTION IN LIMINE #3
### [MATTERS NEVER PLEADED IN THIS CASE]

Defendants, by counsel Eric T. Dean, Jr., move in limine, on the basis of 15 USC Section 1692k(d), and the case law cited in accompanying memorandum of law, to exclude from evidence or argument any argument, evidence, or allegation which Plaintiff might attempt to introduce at trial, claiming that:

(1) any claim that the Defendants violated the Electronic Funds Transfer Act (EFTA), 15 USC Section 1693.

(2) the Defendants violated 15 USC Section 1692c(b), through unauthorized contact between Defendant NRA and Plaintiff's friend, Hazel Patterson;

(3) any claim that Defendants have admitted such unauthorized contact;

(4) that Defendant NRA lacked authority to collect Plaintiff's SNET debt.

**ORAL ARGUMENT REQUESTED**
**NO EVIDENCE REQUIRED**

[Handwritten annotation along left margin: DENIED, without prejudice to raising objections at trial. So ordered. Christopher F. Droney, United States District Judge 7/14/04]