UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | CASE NO.: 300CV02115CFD |
| v. | |
| NATIONAL RECOVERY AGENCY, INC. ARTHUR A. KUSIC | FEBRUARY 10, 2004 |

### DEFENDANTS' MOTION IN LIMINE #2
### [ARGUMENT THAT NRA's PHONE CALL OF JUNE 23, 2000, CONSTITUTED AN INITIAL CONTACT AND VIOLATED 15 USC SECTION 1692g. VALIDATION OF DEBTS]

Defendants, by counsel Eric T. Dean, Jr., move in limine, on the basis of the case law cited in the accompanying memorandum of law, to exclude from evidence or argument any argument, evidence, or allegation which Plaintiff might attempt to introduce at trial, claiming that NRA's phone calls to Plaintiff on June 23, 2000, constituted an initial contact, and that this contact violated 15 USC Section 1692g. Validation of Debts.

Eric T. Dean, Jr.
Marcus Law Firm
111 Whitney Ave.
New Haven, CT 06510
Federal Bar # ct-20622
ATTORNEY FOR DEFENDANTS

ORAL ARGUMENT REQUESTED
NO EVIDENCE REQUIRED

*[Handwritten margin note: DENIED without prejudice to raising objections at trial. So ordered. Christopher F. Droney, United States District Judge, 7/20/04]*