UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | CASE NO.: 300CV02115CFD |
| v. | |
| NATIONAL RECOVERY AGENCY, INC. ARTHUR A. KUSIC | FEBRUARY 10, 2004 |

DEFENDANTS' MOTION IN LIMINE #1
[MATTERS ALREADY DISPOSED OF ON
DENIAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT]

Defendants, by counsel Eric T. Dean, Jr., move in limine, on the basis of Federal Rule of Evidence 201, and principles of the law of the case and collateral estoppel, as set forth in more detail in the accompanying memorandum of law, to exclude from evidence or argument any allegation, evidence, or argument which Plaintiff might attempt to introduce at trial, concerning matters which the Court already decided against Plaintiff in the denial of Plaintiff's Motion for Summary Judgment in this case.

These matters which should be excluded from evidence and argument, by reason of the Court's prior adjudication on Summary Judgment, include the following:

(1) any claim that the Defendants violated the Electronic Funds Transfer Act (EFTA), 15 USC Section .1693.

**ORAL ARGUMENT REQUESTED**
**NO EVIDENCE REQUIRED**

DENIED without prejudice to raising objections at trial. So ordered.
Christopher F. Droney
United States District Judge
7/20/04