FILED
2004 MAR -2 A 9: 25
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GUILIANO | CASE NO.: 300CV02115CFD |
| v. | |
| NATIONAL RECOVERY AGENCY, INC. | |
| ARTHUR A. KUSIC | |
| | MARCH 1, 2004 |

### DEFENDANTS' MOTION FOR PERMISSION TO PROVIDE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION IN LIMINE #1 [MATTERS ALREADY DECIDED ON SUMMARY JUDGMENT]

Defendants respectfully request permission to call to the Court's attention the following additional authority in support of their Motion in Limine #1, filed on February 10, 2004:

1. Defendants have filed their Motion in Limine #1 to prevent Plaintiff from attempting to introduce evidence or argument pertaining to issues which were already decided when the Court denied Plaintiff's Motion for Summary Judgment, on May 2, 2003 [see Document #107, adopted de novo by Judge Droney on 9/22/03].

2. The basic issue is: what issues were decided, and what precedential or preclusionary value attaches to the Court's 19 page decision rendered earlier in this case, which denied Plaintiff's Motion for Summary Judgment.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

GRANTED, absent objection. So ordered.
Christopher F. Droney
United States District Judge
7/20/04

1