FILED

2004 MAR -2 A 9: 25

U.S. DISTRICT COURT
HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO              :    CASE NO.: 300CV02115CFD
                              :
v.                            :
                              :
NATIONAL RECOVERY AGENCY, INC.:
ARTHUR A. KUSIC               :
                              :    MARCH 1, 2004

### DEFENDANTS' MOTION FOR PERMISSION TO PROVIDE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION IN LIMINE #2 [ARGUMENT THAT NRA's PHONE CALL OF JUNE 23, 2000, CONSTITUTED AN INITIAL CONTACT AND VIOLATED 15 USC SECTION 1692g. VALIDATION OF DEBTS]

Defendants respectfully request permission to call to the Court's attention the following additional authority in support of their Motion in Limine #2, filed on February 10, 2004:

1. Defendants have filed their Motion in Limine #2 to prevent Plaintiff from attempting to introduce evidence or argument pertaining to the claim that NRA's phone call of June 23, 2000, constituted an initial contact and violated 15 USA Section 1692g. Validation of Debts.

2. The basic issue is: since Plaintiff already judicially admitted that Defendant NRA's first contact with Plaintiff was by means of letter dated May 31, 2000, should Plaintiff now be allowed to claim that the May 31st letter never happened, and that the first contact with Plaintiff occurred by means of a phone call made on June 23, 2000?

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

GRANTED, absent objection. So ordered.
Christopher F. Droney
United States District Judge
7/20/04

1