FILED
2004 MAR -2 A 9:25
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO                     : CASE NO.: 300CV02115CFD
                                     :
v.                                   :
                                     :
NATIONAL RECOVERY AGENCY, INC.       :
ARTHUR A. KUSIC                      :
                                     : MARCH 1, 2004

### DEFENDANTS' MOTION FOR PERMISSION TO PROVIDE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION IN LIMINE #3 [MATTERS NEVER PLEADED]

Defendants respectfully request permission to call to the Court's attention the following additional authority in support of their Motion in Limine #3, filed on February 10, 2004:

1. Defendants have filed their Motion in Limine #3 to prevent Plaintiff from attempting to introduce evidence or argument pertaining to claims which were never pleaded in Plaintiff's Second Amended Complaint.

2. The basic issue is: should Plaintiff be allowed to submit to the jury claims or issues for decision, when such claims were never pleaded or included in any of Plaintiff's three complaints, the last two of which amended complaints were filed pursuant to an Order for More Definite Statement entered by the Honorable Christopher F. Droney. [see Document #7, with endorsement of Judge Droney on 1/29/01]

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

GRANTED, absent objection. So ordered.
Christopher F. Droney
United States District Judge
7/20/04

1