FILED 2004 MAR -2 A 9 25
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

MICHAEL GUILIANO : CASE NO.: 300CV02115CFD
:
v. :
:
NATIONAL RECOVERY AGENCY, INC. :
ARTHUR A. KUSIC :
: MARCH 1, 2004

### DEFENDANTS' MOTION FOR PERMISSION TO PROVIDE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION IN LIMINE #4 [ARGUMENT OR EVIDENCE CONCERNING ALLEGED SEIZURE OF SOCIAL SECURITY FUNDS FROM PLAINTIFF'S BANK ACCOUNT]

Defendants respectfully request permission to call to the Court's attention the following additional authority in support of their Motion in Limine #4, filed on February 10, 2004:

1. Defendants have filed their Motion in Limine #4 to prevent Plaintiff from attempting to introduce evidence or argument pertaining to the claim that Defendants violated 42 USC Section 407, in that Plaintiff has failed to plead ANY facts which would bring the present case within the ambit of that statute (42 USC Section 407).

2. As argued in the Memorandum of Law in Support of Defendants' Motion in Limine #4, 42 USC Section 407 applies to only two situations: (a) where a party takes Social Security funds by means of legal process; or (b) where a party secures an assignment of the future right to such Social Security benefits. Neither fact situation pertains to this case.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

GRANTED, absent objection. so ordered.
Christopher F. Droney
United States District Judge
7/20/04

1