UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GUILIANO

v.                                                    CASE NO. 3:00CV2115 CFD

NATIONAL RECOVERY AGENCY, INC.
ARTHUR A. KUSIC                                       March 2, 2004

PLAINTIFF'S MOTION TO TRANSFER TRIAL

Plaintiff moves, pursuant to 28 U.S.C. § 1404(c), that the trial of this case be transferred to the New Haven courthouse, for the convenience of parties and witnesses and in the interest of justice. For cause, plaintiff and his witness both reside in West Haven; counsel for plaintiff and the defendants are located in New Haven; and the case was filed in New Haven. Defendant's witnesses, other than those from Pennsylvania, are local to New Haven. Plaintiff and his witness do not have ready means of transportation to Hartford. An affidavit is submitted herewith.

THE PLAINTIFF

BY _____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing *attached affidavit* was mailed on March 1, 2004, postage prepaid, to:

Eric Dean Jr.
111 Whitney Ave
New Haven, CT 06510

_____
Joanne S. Faulkner

DENIED. So ordered.
Christopher F. Droney
United States District Judge
7/20/04