UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GUILIANO

v.                                                          CASE NO. 3:00CV2115 CFD

NATIONAL RECOVERY AGENCY, INC.
ARTHUR A. KUSIC                                July 22, 2004

PLAINTIFF'S OBJECTION TO PRELIMINARY JURY INSTRUCTIONS

Plaintiff objects to the Statement of the Case at page 5 of the Preliminary Instructions which refers to "the affirmative defense that they acted in good faith." The instruction does not alert the jury to listen for proof of "procedures reasonably adapted to avoid the error." Those procedures are crucial to the defense. 15 U.S.C. § 1692k(c).

In addition, it leaves the impression that there is a good faith defense. There is not. Instead, defendants must prove (a) that the specific violation was not intentional and (b) resulted from a "bona fide [genuine] error" (c) which occurred even though they had procedures in place to avoid the error. In other words, the error must have been a genuine (bona fide) error because there were procedures in place beforehand to prevent it, and afterwards to detect and block it, but it happened anyway.

Moreover, if defendants *intended* to take the step, it cannot be a bona fide *error*. Rutnya v. Collection Accounts Terminal, Inc., 478 F. Supp. 980, 982 (N.D. Ill. 1979) "Defendant here obviously intended the conduct which violated the Act in respect to the return address, but it simply failed to acquaint itself with the pertinent law"); Johnson v. Associates Fin. Inc., 369 F. Supp. 1121, 1125 (S.D. Ill. 1974) ("While defendant may have acted in good faith, its acts were, nevertheless, intentionally done and not by mistake").

      Plaintiff respectfully suggest the following instruction: "The defendants deny this allegation, and also claim that any unintentional act which violated the laws occurred even though they had procedures in place to prevent the violation."

                                                                          THE PLAINTIFF

                                                        BY___/s/ Joanne S. Faulkner _
                                                 JOANNE S. FAULKNER ct04137
                                                     123 Avon Street
                                                    New Haven, CT 06511-2422
                                                     (203) 772 0395
                                                     j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 22, postage prepaid, to:

David Doyle
Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

                                                  ____/s/ Joanne S. Faulkner___
                                                  Joanne S. Faulkner