**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**DIVISION OF HARTFORD**

| | | |
|---|---|---|
| **MICHAEL GIULIANO** | : | **CASE NO. 3:00CV02115 (CFD)** |
| | : | |
| **vs.** | : | |
| | : | |
| | : | |
| **NATIONAL RECOVERY AGENCY, INC.** | : | |
| **ARTHUR A. KUSIC** | : | **JULY 22, 2004** |

**NOTICE OF FILING AMENDED ANSWER AND SPECIAL DEFENSE**

The defendants hereby amend their Answer and Special Defense by agreement of the

parties and attach the Second Amended Answer with Special Defense hereto.

THE DEFENDANTS

By _____
David S. Doyle
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT  06510
(203) 787-5885

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | | |
|---|---|---|
| MICHAEL GIULIANO | : | CASE NO. 3:00CV02115 (CFD) |
| | : | |
| vs. | : | |
| | : | |
| NATIONAL RECOVERY AGENCY, INC. | : | |
| ARTHUR A. KUSIC | : | JULY 22, 2004 |

## REVISED AND SECOND AMENDED ANSWER AND SPECIAL DEFENSE

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Denied.

5.  Denied.

6.  Denied.

7.  Denied.

8.  Admitted.

9.  Denied.

10.  Denied.

11.  Denied.

12.  Denied.

**FIRST COUNT:**

    13.    Denied.

**SECOND COUNT:**

    14.    Denied.

    15.    Denied.

**FIRST AFFIRMATIVE DEFENSE:**

    Any failure, if any, by defendants to comply with the FDCPA, or any other state or federal law, was unintentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error, or in the alternative, that any such failure to comply with the FDCPA, or any other state or federal law, amounted to a technical violation of said law for which defendants should not be held liable.

                      THE DEFENDANT

                    By_____

                    David S. Doyle
                    The Marcus Law Firm
                    111 Whitney Avenue
                    New Haven, CT  06510
                    (203) 787-5885

**<u>CERTIFICATION</u>**

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, by first class U.S. mail, this 22nd day of July, 2004, to:

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT   06511-2422

David S. Doyle
Commissioner of the Superior Court