UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DIVISION OF HARTFORD

| | |
|---|---|
| MICHAEL GIULIANO | : CASE NO. 3:00CV02115 (CFD) |
| | : |
| vs. | : |
| | : |
| NATIONAL RECOVERY AGENCY, INC. | : |
| ARTHUR A. KUSIC | : JULY 22, 2004 |

## WITHDRAWAL OF COUNTERCLAIM

Defendants withdraw their counterclaim without prejudice to their right to file a claim for attorney's fees under 15 USC Section 1692k(a)(3), and any other applicable statute or law.

THE DEFENDANTS

By _____
David S. Doyle
The Marcus Law Firm
111 Whitney Avenue
New Haven, CT 06510
(203) 787-5885

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, by first class U.S. mail, this 22nd day of July, 2004, to:

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT  06511-2422

David S. Doyle
Commissioner of the Superior Court