UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GUILIANO | : CASE NO.: 300CV02115CFD |
| | : |
| v. | : |
| | : |
| NATIONAL RECOVERY AGENCY, INC. | : July 30, 2004 |
| ARTHUR A. KUSIC | : |

PLAINTIFF'S MOTION DISMISS THREE AFFIRMATIVE DEFENSES
WITH PREJUDICE

Plaintiff respectfully requests the Court to clarify the Record by dismissing the Affirmative Defenses of Fraud, Laches, and Waiver/ Lack of due Diligence, with prejudice. Those Defenses were initially asserted on Nov. 1, 2002, and maintained through July 23, 2004. Doc. Nos. 98, 99, 101, 102, 104, 105. Defendants have filed an Amended Answer with one of the same Affirmative Defenses originally asserted, but have not formally withdrawn the three others. Plaintiff believes the subject Affirmative Defenses have been abandoned, and requests formal confirmation by judicial dismissal with prejudice.

Plaintiff has incurred substantial effort in the course of pleadings and preparation for trial, including preparation of the Trial Memorandum, addressing the apparently now-abandoned affirmative defenses. Accordingly, to ensure that the Defenses are no longer in the case, the three Affirmative Defenses and the factual allegations therein should be dismissed with prejudice.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 29, 2004, postage prepaid, to:

David Doyle
Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

____/s/ Joanne S. Faulkner__
Joanne S. Faulkner