UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GUILIANO      :   CASE NO.: 300CV02115CFD
            :
v.              :
            :
NATIONAL RECOVERY AGENCY, INC. :   July 30, 2004
ARTHUR A. KUSIC       :

OBJECTION TO DEFENDANTS' MOTION TO FILE
COMPOUND AFFIRMATIVE DEFENSE

Defendants have moved to assert a bona fide error defense, "or in the alternative," a "technical violation" of law defense. Plaintiff objects because there is no "technical violation" defense, and because the bona fide error defense is not properly pleaded.

There is no technical violation defense. The FDCPA is a "strict liability" statute. Russell v. Equifax A.R.S., 74 F.3d 30 (2d Cir. 1996). Because the FDCPA is a strict liability statute, there are no unimportant violations. Bentley v. Great Lakes Collection Bureau, Inc., 6 F.3d 60, 63 (2d Cir. 1993) (there are no nonactionable violations); Taylor v. Perrin, Landry, deLaunay & Durand, 103 F. 3d 1232 (5th Cir. 1997) (same). The sole available defense is a bona fide error defense.

The bona fide error defense is not properly pleaded. The bona fide error defense is ineffectual because it does not contain a short and plain statement of any facts supporting the defense, as required by Fed. R. Civ. P. Rule 8. Schechter v. Comptroller of City of New York, 79 F.3d 265, 270 (2d Cir. 1996) (Affirmative defenses which amount to nothing more than mere conclusions of law and are not warranted by any asserted facts have no efficacy).

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net


This is to certify that the foregoing was mailed on July 29, 2004, postage prepaid, to:

David Doyle
Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

____/s/ Joanne S. Faulkner__
Joanne S. Faulkner