UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL GUILIANO             :    CASE NO.: 300CV02115CFD
                                           :
v.                                   :
                                           :
NATIONAL RECOVERY AGENCY, INC. :      July 30, 2004
ARTHUR A. KUSIC                   :

PLAINTIFF'S OPPOSITION TO MOTION TO WITHDRAW COUNTERCLAIM

Plaintiff respectfully requests the Court to exercise its discretion to impose the

condition of dismissal with prejudice on defendants' motion for permission to withdraw their

Counterclaim, Doc. No. 170. Pursuant Fed. R. Civ. P. Rule 41(c), defendants cannot

unilaterally withdraw the Counterclaim since a responsive pleading has been served. Pursuant

to Rule 41(a)(2), their Counterclaim cannot be dismissed "save upon order of the court and

upon such terms and conditions as the court deems proper."

Plaintiff requests that the Court dismiss the Counterclaim with prejudice, based on

defendants' adamant insistence on pursuing the Counterclaim from Nov. 1, 2002 through July

23, 2004. Doc. Nos. 98, 99, 101, 102, 104, 105. The Counterclaim, with its extensive factual

allegations, imposed additional burdens on the plaintiff in preparing the Joint Trial

Memorandum and Jury Instructions. Before now, Defendants should have recognized that the

counterclaim would complicate the trial or necessitate bifurcated proceedings. Instead, they

maintained the Counterclaim for two years before recognizing that the proper procedure is a

post-trial motion under 15 U.S.C. §1692k rather than a counterclaim.

Moreover, Plaintiff has now been prejudiced by the last minute proposed withdrawal since he intended to rely on the factual allegations as judicial admissions, as set forth in the Trial Memorandum.

Accordingly, if the Court grants the Motion to Dismiss the Counterclaim, the counterclaim and the factual allegations therein should be dismissed with prejudice.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net

This is to certify that the foregoing was mailed on July 29, 2004, postage prepaid, to:

David Doyle
Eric Dean Jr
111 Whitney Ave
New Haven CT 06510

____/s/ Joanne S. Faulkner__
Joanne S. Faulkner

2