# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL GUILIANO,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civil Action No. 3:00 CV 2115 (CFD) |
| | : |
| NATIONAL RECOVERY AGENCY, INC,<br>et al.,<br>    Defendants. | :<br>:<br>: |

## ORDER

This case has settled. The Clerk is directed to close the case. This order is without prejudice to either party filing a motion to re-open within 30 days of the date of this order.

SO ORDERED this  24th   day of August 2004, at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**